MELVIN HINGSON, *Plaintiff in Error,* vs. THE STATE OF FLORIDA, *Defendant in Error.*

135 So. 858.

Division A.

Decision filed July 27, 1931.

*A. D. Johnson,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—The judgment in this case should be reversed on authority of the opinions and judgments in the cases of Steadman vs. State, 80 Fla. 547, 86 Sou. 428, and Busch vs. State, 97 Fla. 332, 120 Sou. 762, and it is so ordered.

Reversed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND BROWN, J.J., concur.

DAVIS, J., disqualified.